## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   JEFFERY MARSHALL                               CASE NO: 09-08860
         KATRINA A MARSHALL                             CHAPTER 13

         DEBTORS(S)                                     JUDGE:  JANET S BAER


                                                        NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   MORTGAGE ELECTRONIC REGIS

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0012 | 2089 | $ 7,448.45 | $ 7,957.28 | $ 7,957.28 |
| Total Amount Paid the Trustee | | | | $ 7,957.28 |

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                      X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 22th day of   August, 2012.

Debtor(s)
KATRINA A MARSHALL
JEFFERY MARSHALL
7720 S JEFFERY BLVD #3
CHICAGO IL 60649

Debtors Attorney

THOMAS W DREXLER
77 W WASHINGTON # 1910
CHICAGO IL 606020000

Addtional Creditors

REGIONS MORTGAGE
PO BOX 18001
HATTIESBURG MS 39404

Mortgage Arrearage Creditor

MORTGAGE ELECTRONIC REGIS
% REGIONS BANK
PO BOX 18001
HATTIESBURG MS 39404-8001

Electronic Service US Trustee

Date: August 22, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603